IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS DUARTE,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 15-cv-682-jdp

REED A. RICHARDSON,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Luis Duarte's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

| /s/ | 7/18/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |