IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS DUARTE,

    Petitioner,

v.

REED A. RICHARDSON,

    Respondent.

ORDER

15-cv-682-jdp
App. No. 16-3123

Petitioner Luis Duarte has filed a notice of appeal from the court's July 18, 2016 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that no later than August 31, 2016, petitioner Luis Duarte shall submit a certified copy of an inmate trust fund account statement for the period beginning approximately February 1, 2016 through at least August 1, 2016. If petitioner fails to submit a trust fund account statement as directed or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 9th day of August, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge